United States Bankruptcy Court for the:

## District of Colorado

Case number *(If known)*: _____

**Chapter you are filing under:**
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Coleman Commercial Properties, Inc |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | dba McCarthy's Sports Bar & Grill |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 47-1124565 |

4. **Debtor's address**

**Principal place of business**

15350 E Smoky Hill Rd
Number    Street

Aurora                    CO    80015
City                       State   ZIP Code

Arapahoe County
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City                       State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City                       State   ZIP Code

| | |
|---|---|
| 5. **Debtor's website** (URL) | https://mccarthyssportsbarandgrill.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor    Coleman Commercial Properties, Inc
_____     Case number (if known)_____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

9082 Restaurant N

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                     MM / DD / YYYY

        District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

        District _____ When _____
                                            MM / DD / YYYY

        Case number, if known _____

| Debtor | Coleman Commercial Properties, Inc | Case number *(if known)* |
|--------|-----------------------------|--------------------------|
|        | Name                        |                          |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number          Street

_____

_____   _____   _____
City                                         State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

      Contact name _____

      Phone _____

---

**█  Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|--|--|--|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|--|--|--|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Coleman Commercial Properties, Inc | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/01/2022
           MM / DD / YYYY

✖ /s/ Edward L. Coleman                     Edward L. Coleman
Signature of authorized representative of debtor      Printed name

Title  Owner

---

**18. Signature of attorney**

✖ /s/ Stephen Berken                 Date  03/01/2022
Signature of attorney for debtor                MM / DD / YYYY

Stephen Berken
Printed name

Berken Cloyes, PC
Firm name

1159 Delaware Street
Number        Street

Denver                                      CO        80204
City                                        State     ZIP Code

303-623-4357                                stephenberkenlaw@gmail.com
Contact phone                               Email address

14926                                       CO
Bar number                                  State

---

**Fill in this information to identify the case:**

Debtor name    Coleman Commercial Properties, Inc

United States Bankruptcy Court for the:   District of Colorado

Case number (If known):   _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 88,689.00 |
| **For prior year:** | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 970,638.00 |
| **For the year before that:** | From 01/01/2020<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 604,024.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

Debtor    Coleman Commercial Properties, Inc                                Case number (if known)_____
         _____
         Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |

Debtor    Coleman Commercial Properties, Inc                                    Case number *(if known)*_____
_____
Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Shops at Shenandoah, LLC | FED | Arapahoe County District Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2022CV30017 | | 7325 South Potomac Street, #100<br>Centennial, CO 80112 | |
| 7.2. | **Case title**<br>_____ | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>_____ | | | |

---

| Debtor | Coleman Commercial Properties, Inc | Case number (if known) |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | | Name |
| | **Case number** | |
| | **Date of order or assignment** | |

---

**Part 4:** **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

**Part 5:** **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| Four floods, damaging premises over four month period beginning Janaury 2021. | 8,900.00 | 01/2021 | $10,100.00 |

Debtor      Coleman Commercial Properties, Inc
            _____      Case number (if known)_____
            Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Berken Cloyes PC | $10,000 plus filing fee | 03/2022 | $ 10,000.00 |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

Debtor    Coleman Commercial Properties, Inc
_____
Name

Case number *(if known)*_____

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

| Part 7: | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

---

Debtor    Coleman Commercial Properties, Inc
       Name                            Case number *(if known)*_____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

     Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

| Debtor | Coleman Commercial Properties, Inc | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

---

| Debtor | Coleman Commercial Properties, Inc | Case number (if known) |
|---|---|---|
| | Name | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Misc. owners | 15350 E Smoky Hill Rd | 3 pool tables, boxing machine, juke box, Golden Tee video game, ATM, change machine. | $ Unknown |
| Name | Aurora, CO 80015 | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

Debtor    Coleman Commercial Properties, Inc
_____    Case number *(if known)*_____
Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |
| 25.2. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |
| 25.3. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |

---

| Debtor | Coleman Commercial Properties, Inc | Case number (*if known*) |
|--------|------------------------------------|--------------------------|
|        | Name                               |                          |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Carl J. (Jim) Moser<br>Name<br>5667 Wolf Village Dr, Colorado Springs, CO 80924 | From 09/01/2014<br>To 03/01/2022 |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | _____<br>Name | From _____<br>To _____ |

| | Name and address | Dates of service |
|---|---|---|
| 26b.2. | _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Carl J. (Jim) Moser<br>Name<br>5667 Wolf Village Dr, Colorado Springs, CO 80924 | |

Debtor ___Coleman Commercial Properties, Inc_____     Case number *(if known)*_____
         Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor   Coleman Commercial Properties, Inc                                Case number *(if known)*_____
_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2.   _____ |
| Name |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Edward Coleman | 20901 E Crestline Circle, Aurora, CO 80015 | President | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☐ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   Edward Coleman<br>Name<br>20901 E Crestline Cir<br>Centennial,  80015 | 29.00 | _____ | Amount listed is 2021 w-2, Principal does not take a salary, distributions, etc. |

| Relationship to debtor |
|---|
| President & Sole Shareholder |

Debtor  Coleman Commercial Properties, Inc
_____
Name

Case number *(if known)*_____

| | | | |
|---|---|---|---|
| | **Name and address of recipient** | 36,400.00 | _____ |

30.2

Vivian Coleman
_____
Name
1606 S Chester Ct
Denver, CO 80247

Wages over past year (net, estimated) - not an insider, listed for disclosure purposes

_____

_____

_____

_____

**Relationship to debtor**

_____

Manager
_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| _____ | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/01/2022
              _____
              MM  / DD  / YYYY

✖ /s/ Edward L. Coleman
_____
Signature of individual signing on behalf of the debtor

Printed name   Edward L. Coleman
_____

Position or relationship to debtor   Owner
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name     Coleman Commercial Properties, Inc

United States Bankruptcy Court for the:     District of Colorado

(State)

Case number (If known):     _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ......................................................... | $ _____ 0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ....................................................... | $ _____ 37,814.00

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ......................................................... | $ _____ 37,814.00

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................ | $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........................................ | $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ........................ | +$ _____ 273,000.00

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b | $ _____ 273,000.00

---

**Fill in this information to identify the case:**

Debtor name _____Coleman Commercial Properties, Inc_____

United States Bankruptcy Court for the: __District of Colorado_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Edward Coleman 20901 E Crestline Cir Centennial, CO, 80015 | | Monies Loaned / Advanced | | | | 223,000.00 |
| 2 | Vivian Coleman 1606 S Chester Ct Denver, CO, 80247 | | Monies Loaned / Advanced | | | | 45,000.00 |
| 3 | Xcel Energy 1123 W 3rd Ave Denver, CO, 80223 | | Utility Services | | | | 5,000.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

| Debtor | Coleman Commercial Properties, Inc | Case number (if known) |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name ___Coleman Commercial Properties, Inc___

United States Bankruptcy Court for the: __District of Colorado_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   $ 800.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo Bank--checking | Checking | 3  9  4  2 | $ 10,250.00 |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $ |
| 4.2. | _____ | $ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ 11,050.00

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Commercial Security Deposit | $ 9,175.00 |
| 7.2. | _____ | $ |

Debtor   Coleman Commercial Properties, Inc
         Name                                                    Case number (if known)_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____

   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                $ 9,175.00

---

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|--|--|-----------------------------------|

11. **Accounts receivable**

| 11a. 90 days old or less: | _____ − _____ = ....... ➔ | $_____ |
|---------------------------|--------------------------------------------------|---------------------|
|                           | face amount          doubtful or uncollectible accounts |              |
| 11b. Over 90 days old:    | _____ − _____ = ....... ➔ | $_____ |
|                           | face amount          doubtful or uncollectible accounts |              |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____

---

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|--|------------------------------------------|-----------------------------------|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

| 14.1. _____ | _____ | $_____ |
|--------------------------------------------|------------------|---------------------|
| 14.2. _____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

| 15.1._____ | _____% | _____ | $_____ |
|-------------------------------------|----------|------------------|---------------------|
| 15.2._____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

| 16.1._____ | _____ | $_____ |
|-------------------------------------|------------------|---------------------|
| 16.2._____ | _____ | $_____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.   $_____

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 2

Debtor    Coleman Commercial Properties, Inc
          Name                                                    Case number (if known)_____

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies**<br>Kegs, alcohol, soda syrup, cleaning supplies, food, cc | _____<br>MM / DD / YYYY | $_____ | _____ | 17,589.00<br>$_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 17,589.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| 29. **Farm animals** _Examples_: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

Debtor    Coleman Commercial Properties, Inc
          Name                                                          Case number *(if known)*_____

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                          $_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                          $_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Coleman Commercial Properties, Inc
          _____    Case number (if known)_____
          Name

---

**Part 8:**    **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See continuation sheet

|   | $ 0.00 | | $ 0.00 |
|---|---|---|---|

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | | | $ 0.00 |
|---|---|---|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑  No

☐  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

---

Debtor _____   Case number (if known)_____
Coleman Commercial Properties, Inc
         Name

---

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Lease of real property located 15350 E  Smoky Hill Rd, Aurora, CO 80015 | Lessee | $_____ | _____ | Unknown<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Website - https://mccarthyssportsbarandgrill.com/ | $_____ | | 0.00<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>Liquor license, food service license & sales tax license | $_____ | | 0.00<br>$_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Debtor      Coleman Commercial Properties, Inc
_____
            Name

Case number (*if known*)_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➜ $_____
                                 Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          $_____

Nature of claim      _____

Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Possible claim/setoff against landlord - failure to maintain/repair      $ Unknown

Nature of claim      Negligence

Amount requested     $ 0.00

76. **Trusts, equitable or future interests in property**

_____                          $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                          $_____
_____                          $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Coleman Commercial Properties, Inc

Name          Case number *(if known)*_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 11,050.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 9,175.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 17,589.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 37,814.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................  37,814.00      $ 37,814.00

Debtor 1   Coleman Commercial Properties, Inc

First Name    Middle Name    Last Name

Case number *(if known)*_____

## <u>Continuation Sheet for Official Form 206 A/B</u>

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**Ice machine lease**                                                     **Unknown**

**Office Furniture**                                                      **0.00**
**($110.00),**
**Stainless Steel**
**Table With Can**
**Opener, ($585.00),**
**3 30? X 42? Tables**
**($1,400.00),**
**Cooler ($1,243.**
**00) Cooler ($418.**
**00), 2 Toasters**
**($1,408.00),**
**Cooler ($100.00),**
**Racks ($100.00),**
**Station ($2,489.**
**00), Freezer ($3,**
**510.00), Cooler**
**($452.00), Cooler**
**($2,139.00),**
**Freezer ($214.00),**
**Telephone ($0.00),**
**2 Safes ($0.00),**
**40 Bowls ($1,419.**
**00), Sandwich**
**Table ($600.00),**
**Cooler ($1,408.00),**
**Meat Freezer ($4,**
**533.00), 4 Hd TVs**
**With Receivers ($3,**
**000.00),**
**Refrigerator ($638.**
**00), 50? Vizio TV**
**($183.00), HP**
**Printer ($2,160.**
**00), Dishwasher**
**($0.00), 44**
**Platters ($0.00),**
**Warming Table With**
**Metal Food Trays**
**($9,614.00), POS**
**Computer System**
**($253.00),**
**Computer UPS**
**System ($324.00),**
**Direct TV**
**Receivers ($0.00),**
**Misc. Flatware ($1,**
**381.00), Meat**
**Slicer ($538.00),**
**55? HD TV ($4,023.**
**00), POS Touch**
**Screen ($8,000.00),**
**Banquet Cooler**
**($0.00), 8 Cooking**
**Pots ($0.00),**
**Cooking Utensils**

Debtor 1   Coleman Commercial Properties, Inc

First Name      Middle Name      Last Name

Case number (*if known*)_____

### Continuation Sheet for Official Form 206 A/B

($0.00), 33
Serving Pitchers
($0.00), 25 Metal
Food Containers
($0.00), 75
Plastic Snack
Baskets ($0.00),
45 Metal
Food/Baking Trays
($0.00), 40
Stainless Steel
Food Containers
($350.00), 5 4
Drawer Filing
Cabinets ($74.00),
TV Stand Wall
Mounts ($765.00),
TV Wall Mounts
($637.00) Glass
Chiller ($417.00),
Vita Mixer ($1,371.
00), Glass Cooler
($200.00), Wall
Mounts,
TV/Speakers, Wood
($50.00), Folding
Table 6 Foot ($225.
00) 5 Tables,
Rectangle ($586.
00), 26 Restaurant
Chairs ($270.00),
3 Range Hoods
($700.00), 2 Beer
Coolers ($2,400.
00), 48? L Shaped
Bar ($700.00),
Beverage Dispenser,
 Soft Drinks ($2,
088.00), 3 Deep
Fryers ($1,398.00),
 Big Screen TV ($2,
210.00), Cresco
Beer Bottle Cooler
($753.00), Steam
Table ($1,977.00),
Bar Glass Cooler
($244.00), Stage
Floor Expansion
($4,050.00),
Window Blinds
($670.00), 2 Cash
Registers ($1,510.
00), 65? Vizio TV
($3,191.00),
Satellite TV
System ($1,295.00),
 Kitchen Cooler
($110.00) 2 60?
Shelves ($3,800.
00), Water Heater

Debtor 1    Coleman Commercial Properties, Inc

First Name    Middle Name    Last Name

Case number *(if known)*_____

**Continuation Sheet for Official Form 206 A/B**

($312.00), 55? HD TV ($1,374.00), Small Freezers ($8,900.00), Dance Floor ($0.00) 15 Metal Baking Pans ($75.00), 8 Ft. Folding Table ($468.23), 10 Bar Stools ($270.00), 3 Stainless Steel Prep Tables ($900.00), ADT Alarm System ($550.00), 36? Cheese Melter ($3,315.00), Walk In Cooler ($3,825.00), New Front Sign ($90.00), Computer Back Up With Hard Drives ($108.00), Surveillance Video Camera ($878.00), 50? HD TV ($1,186.00),  52? HD TV ($254.00), Power Washer ($8,587.00),  Glycol Tap System ($565.00), 4 46? HD TV $7,987.00), Centennial Tap Beer System ($175.00), 2 Wood Book Shelves ($40.00), 2 42? X 43? Tables ($104.00), 3 6? Tables ($110.00), Warm Up Lights ($300.00), Dry Storage Racks ($50.00), 2 Bus Carts ($450.00), 10 Hanging Light Fixtures ($861.00),  Direct TV Equipment ($960.00), Deep Fryer ($668.00), Back Up Computer ($127.00),  Fire Extinguisher ($7,929.00), 4 46? Hd TVs ($1,635.00),  46? HD TVs ($1,405.00), Polar Refrigerator, ($149.00), Kitchen Printer ($264.00), Stereo Amplifier ($400.00), Video

Debtor 1    Coleman Commercial Properties, Inc

First Name    Middle Name    Last Name

Case number *(if known)*_____

**<u>Continuation Sheet for Official Form 206 A/B</u>**

**Cameras Surveillance ($1,000.00), 52? Flat Screen TV $125.00), HD Receiver ($1,195.00), Deep Fryer ($100.00), Wireless Router ($904.00), Bar Cooler ($431.00), Potato Slicer ($0.00), 175 Soft Drink Glasses ($0.00), 7 Cutting Boards ($0.00), 5 Measuring Cups ($200.00), 4 Ceiling Fans ($2,800.00), 2 Artic Walk In Coolers ($2,000.00), 40 Chairs ($682.00), 46? Vizio TV ($0.00), 16 Mixing Bowls ($280.00), 2 Stainless Steel Warm Up Shelves ($1,200.00), 30 Round Tables ($2,014.00), 93 Bar Chairs ($0.00), 500 Bar Glasses ($375.00), 5 Stainless Steel Shelves (4 Shelves) ($1,360.20), 27 Bar Stools ($318.00), 3 Office Desks ($0.00), 35 Plastic Square Storage Containers With Lids ($550.00), 10 Cocktail Tables ($600.00), 8 Stainless Steel Tables ($0.00), 170 Plates ($500.00), 2 Beer Keg Tappers (4 And 6) ($360.00), 3 Stainless Steel Refrigerator With Work Surface ($590.00), 8 30? Tables And Stools ($135.00), 11 Shelves ($1,470.00), 48 Restaurant Chairs ($450.00), 6**

Debtor 1     Coleman Commercial Properties, Inc               Case number *(if known)*_____

       First Name        Middle Name        Last Name

## <u>Continuation Sheet for Official Form 206 A/B</u>

**Stereo Speakers**

**Fill in this information to identify the case:**

Debtor name _____Coleman Commercial Properties, Inc_____

United States Bankruptcy Court for the: __District of Colorado__

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |

**2.1** Creditor's name
_____

**Describe debtor's property that is subject to a lien**

Column A: $_____   Column B: $_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

**Describe the lien**
_____

Date debt was incurred _____
Last 4 digits of account
number _____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Do multiple creditors have an interest in the
same property?
☐ No
☐ Yes. Specify each creditor, including this creditor,

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
_____

**Describe debtor's property that is subject to a lien**

Column A: $_____   Column B: $_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

**Describe the lien**
_____

Date debt was incurred _____
Last 4 digits of account
number _____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Do multiple creditors have an interest in the
same property?
☐ No
☐ Yes. Have you already specified the relative
priority?
    ☐ No. Specify each creditor, including this
    creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is
    specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
   Page, if any.**          $_____

**Fill in this information to identify the case:**

Debtor     Coleman Commercial Properties, Inc

United States Bankruptcy Court for the:   District of Colorado

Case number
(If known)     _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

_____

Last 4 digits of account
number   _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

_____

Last 4 digits of account
number   _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

_____

Last 4 digits of account
number   _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor    Coleman Commercial Properties, Inc              Case number *(if known)*_____
          Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |

**3.1** **Nonpriority creditor's name and mailing address**
Edward Coleman
20901 E Crestline Cir

Centennial, CO, 80015

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 223,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Vivian Coleman
1606 S Chester Ct

Denver, CO, 80247

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 45,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Xcel Energy
1123 W 3rd Ave
Denver, CO, 80223

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 5,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor ___Coleman Commercial Properties, Inc___
        Name

Case number (if known) _____

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 273,000.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 273,000.00 |

**Fill in this information to identify the case:**

Debtor name __Coleman Commercial Properties, Inc__

United States Bankruptcy Court for the: __District of Colorado__

Case number (If known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Commercial Lease<br>Lessee<br><br><br>18 Mos | Shops At Shenandoah, Llc<br>4738 Tanglewood Trail<br><br>Boulder, CO, 80831 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Cable television<br>Lessor<br><br><br>month to month | Direct TV<br>PO Box 6550<br>Greenwood Village, CO, 80155-6550 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name _Coleman Commercial Properties, Inc_

United States Bankruptcy Court for the: _District of Colorado_

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Edward Coleman | Edward Coleman<br>20901 E. Crestline Circle<br>Aurora, CO 80015 | Edward Coleman | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 Edward Coleman | Edward Coleman<br>20901 E Crestline Circle<br>Aurora, CO 80015 | Shops At Shenandoah, Ll | ☐ D<br>☐ E/F<br>☑ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H          Schedule H: Codebtors          page 1 of 1

**Fill in this information to identify the case and this filing:**

Debtor Name _____Coleman Commercial Properties, Inc_____

United States Bankruptcy Court for the: ___District of Colorado_____

Case number (*If known*):  _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/01/2022___          ✖ /s/ Edward L. Coleman
            MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                     Edward L. Coleman
                                     Printed name

                                     Owner
                                     Position or relationship to debtor

---

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

United States Bankruptcy Court

District of Colorado

In re: Coleman Commercial Properties, Inc

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____03/01/2022_____

/s/ Edward L. Coleman
_____
Signature of Individual signing on behalf of debtor

Owner
_____
Position or relationship to debtor

Arapahoe County District Court
RE: Case No. 2022CV30017
7325 S Potomac St
Centennial, CO 80112

Berken Cloyes PC
1159 Delaware St.
Denver, CO 80204

Colorado Department of Labor & Employment
633 17th Street, Suite 201
Denver, CO 80202-3660

Colorado Department of Revenue
1375 Sherman St., Room 504
Attn: Bankruptcy Unit
Denver, CO 80261

Colorado Dept. of Labor and Employment
633 17th St.
Suite 201
Denver, CO 80202-3624

Department of Labor and Employmnet
PO Box 8789
Denver, CO 80201-8789

Dept Of Education / Navient
Po Box 9635
Wilkes Barre, PA 18773

Direct TV
PO Box 6550
Greenwood Village, CO 80155-6550

Edward Coleman
20901 E Crestline Cir
Centennial, CO 80015

Edward Coleman
20901 E. Crestline Circle
Aurora, CO 80015

Edward Coleman
20901 E Crestline Circle
Aurora, CO 80015

HUD/FHA
1670 Broadway
Denver, CO 80202-4801

Hurth, Sisk & Blakemore, LLP
Trevor Willard
4860 Riverbend Rd
Boulder, CO 80301

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
1999 Broadway
MS 5028-DEN
Denver, CO 80202

Nelnet
3015 S Parker Rd #400
Aurora, CO 80014

Shops At Shenandoah, Llc
4738 Tanglewood Trail
Boulder, CO 80831

US Atty. Gen., DOJ / Tax Division
PO Box 683
Washington, DC 20044

Vivian Coleman
1606 S Chester Ct
Denver, CO 80247

William J. Mark
4738 Tanglewood Trl
Boulder, CO 80301

Xcel Energy
1123 W 3rd Ave
Denver, CO 80223

**United States Bankruptcy Court**

**IN RE:**

Coleman Commercial Properties, Inc
_____

Case No._____

Chapter _____ 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Edward Coleman<br>20901 E Crestline Circle, Aurora, CO 80015 | 100 | Common stockholder |